**No. 46609.**—Protest 63922–K of M. Pressner & Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the china bonbon dishes with bamboo handles are similar in all material respects to those the subject of *Butler* v. *United States* (6 Cust. Ct. 444, C. D. 512) the claim at only 70 percent under paragraph 212 was sustained.

**No. 46610.**—Protest 26808–K of Excel Shipping Co., Inc. (New York).

Opinion by KEEFE, J. The collector admitting that a tare allowance of 4 pounds 1 ounce should have been made in determining the dutiable net weight, the protest was sustained in accordance therewith.

**No. 46611.**—Protest 35567–K of Kansas Packing Co., Inc. (New York).

Opinion by KEEFE, J. From an examination of the papers the court was unable to find anything sufficient to overcome the correctness attaching to the action of the collector. The protest was therefore overruled.

**No. 46612.**—Protest 37430–K of Irving Smoked Fish Corp. (Pembina).

Opinion by KEEFE, J. The protest was dismissed.

**No. 46613.**—Protests 47281–K, etc., of B. A. Griffin Co., Inc., et al. (Milwaukee, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46614.**—Protests 783545–G, etc., of Abels Wasserberg & Co. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.